**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THEODORE LACHMAN, Individually and on behalf of all others similarly situated, | Case No. 1:19-CV-02859-ARR-RER |
| Plaintiffs, | Hon. Allyne R. Ross |
| vs. | |
| REVLON, INC., PAUL MEISTER, DEBRA PERELMAN, VICTORIA DOLAN, WENDEL F. KRALOVICH, LORENZO DELPANI, ROBERTO SIMON, SIOBHAN ANDERSON, FABIAN T. GARCIA, AND JUAN R. FIGUEREO, | |
| Defendants. | |

**LEAD PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that, whereas no opposing party has served either an answer or motion for summary judgment, Lead Plaintiffs Theodore Lachman and OOO iK Barna Group hereby voluntarily dismiss without prejudice all claims against defendants Lorenzo Delpani and Roberto Simon pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: November 11, 2019                    **GLANCY PRONGAY & MURRAY LLP**

By: */s/ Joshua L. Crowell*
Joshua L. Crowell (JC-0914)
Vahe Mesropyan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: jcrowell@glancylaw.com
        vmesropyan@glancylaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Putative Class*

DATED: November 11, 2019                    **THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Phillip Kim (PK 9384)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs and the Putative Class*

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 11, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 11, 2019, at Los Angeles, California.


                                        *s/ Joshua L. Crowell*
                                        Joshua L. Crowell