FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

NOV 13 2019 ★

BROOKLYN OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEODORE LACHMAN, Individually and on behalf of all others similarly situated, | Case No. 1:19-CV-02859-ARR-RER |
| Plaintiffs, | Hon. Allyne R. Ross |
| vs. | RD 11\13 |
| REVLON, INC., PAUL MEISTER, DEBRA PERELMAN, VICTORIA DOLAN, WENDEL F. KRALOVICH, LORENZO DELPANI, ROBERTO SIMON, SIOBHAN ANDERSON, FABIAN T. GARCIA, AND JUAN R. FIGUEREO, | |
| Defendants. | |

## LEAD PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that, whereas no opposing party has served either an answer or motion for summary judgment, Lead Plaintiffs Theodore Lachman and OOO iK Barna Group hereby voluntarily dismiss without prejudice all claims against defendants Lorenzo Delpani and Roberto Simon pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: November 11, 2019

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Joshua L. Crowell*
Joshua L. Crowell (JC-0914)
Vahe Mesropyan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: jcrowell@glancylaw.com
　　　　vmesropyan@glancylaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Putative Class*

DATED: November 11, 2019

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Phillip Kim (PK 9384)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs and the Putative Class*

So ordered.  /s/(ARR)  USDJ

1