**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THEODORE LACHMAN, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> REVLON, INC., PAUL MEISTER, DEBRA PERELMAN, VICTORIA DOLAN, WENDEL F. KRALOVICH, SIOBHAN ANDERSON, FABIAN T. GARCIA, JUAN R. FIGUEREO AND CHRISTOPHER H. PETERSON, <br><br> *Defendants*. | No. 19-cv-02859 (ARR) |

**DECLARATION OF AKASH M. TOPRANI IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE AMENDED
CLASS ACTION COMPLAINT**

AKASH M. TOPRANI hereby declares under penalty of perjury as follows:

1.      I am a member of the Bar of this Court and the law firm of Sullivan & Cromwell LLP, counsel for Defendants Revlon, Inc., Paul Meister, Debra Perelman, Victoria Dolan, Wendel F. Kralovich, Siobhan Anderson, Juan R. Figuereo, and Christopher H. Peterson in the above-captioned action.

2.      The Court may consider these documents because they are either "'documents incorporated into the [Amended C]omplaint by reference,'" "'legally required public disclosure documents filed with the SEC,'" *Slayton* v. *Am. Express Co.*, 604 F.3d 758, 763 n.2 (2d Cir. 2010), "documents 'integral' to the complaint," because they are evidence that a fact was publicly reported and known to the market, or otherwise contain "facts of which judicial notice may properly be taken." *BankUnited, N.A.* v. *Merritt Envtl. Consulting Corp.*, 360 F. Supp. 3d 172, 183 (S.D.N.Y. 2018).  Courts may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2).

3.    I submit this Declaration to provide the Court with true and correct copies of judicially noticeable materials (*see* ¶ 2, above) cited in Defendants' Memorandum of Law In Support of Their Motion to Dismiss the Amended Class Action Complaint filed concurrently herewith:

| | |
|---|---|
| Excerpts of Revlon Inc.'s ("Revlon") Form 10-K for the fiscal year ended December 31, 2014, filed with the U.S. Securities and Exchange Commission ("SEC") on March 12, 2015. | Exhibit 1 |
| Excerpts of Revlon's Form 10-K for the fiscal year ended December 31, 2015, filed with the SEC on February 26, 2016. | Exhibit 2 |
| Excerpts of Revlon's Form 10-K for the fiscal year ended December 31, 2016, filed with the SEC on March 3, 2017. | Exhibit 3 |
| Excerpts of Revlon's Form 10-K for the fiscal year ended December 31, 2017, filed with the SEC on March 15, 2018. | Exhibit 4 |
| A transcript of Revlon's Q1 2018 earnings call on May 10, 2018, obtained from Bloomberg L.P. | Exhibit 5 |
| Excerpts of Revlon's Form 10-Q for the quarterly period ended September 30, 2018, filed with the SEC on November 9, 2018. | Exhibit 6 |
| A transcript of Revlon's Q2 2018 earnings call on August 9, 2018, obtained from Bloomberg L.P. | Exhibit 7 |
| Revlon's Form 12b-25 filed with the SEC on March 18, 2019. | Exhibit 8 |
| Excerpts of Revlon's Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on March 28, 2019. | Exhibit 9 |
| A transcript of Revlon's Q4 2017 earnings call on March 15, 2018, obtained from Bloomberg L.P. | Exhibit 10 |
| A transcript of Revlon's Q3 2018 earnings call on November 9, 2018, obtained from Bloomberg L.P. | Exhibit 11 |
| Auditing Standard No. 2201, effective fiscal years ending on or after November 15, 2017, promulgated by the Public Company Accounting Oversight Board ("PCAOB"), obtained from the PCAOB's website. | Exhibit 12 |
| Excerpts of Revlon's Form 10-Q for the quarterly period ended March 31, 2018, filed with the SEC on May 10, 2018. | Exhibit 13 |
| Excerpts of Revlon's Form 10-Q for the quarterly period ended June 30, 2018, filed with the SEC on August 9, 2018. | Exhibit 14 |

A transcript of Revlon's Q3 2017 earnings call on November 3, 2017, obtained from Bloomberg L.P.                                                   Exhibit 15

Dated: New York, New York
        January 10, 2020

                                            /s/ *Akash M. Toprani*
                                            Akash M. Toprani