# EXHIBIT 5

Company Name: Revlon
Company Ticker: REV US
Date: 2018-05-10
Event Description: Q1 2018 Earnings Call

Market Cap: 955.66
Current PX: 18.10
YTD Change($): -3.70
YTD Change(%): -16.972

Bloomberg Estimates - EPS
Current Quarter: -0.270
Current Year: -2.120
Bloomberg Estimates - Sales
Current Quarter: 637.000
Current Year: 2636.000

# Q1 2018 Earnings Call

## Company Participants

- Paul M. Meister
- Christopher H. Peterson
- Victoria L. Dolan

## Other Participants

- William Michael Reuter
- Grant Jordan
- Karru Martinson
- Hale Holden
- Carla Casella
- Mary Ross Gilbert
- Stephanie Wissink
- Jenna L. Giannelli

## MANAGEMENT DISCUSSION SECTION

### Operator

Good morning, everyone, and thank you for joining the call. Earlier today, the company released its Financial Results for the quarter ended March 31, 2018. If you have not already received a copy of the earnings release, a copy can be obtained on the company's website at revloninc.com.

On the call this morning are Paul Meister, Executive Vice Chairman; Chris Peterson, Chief Operating Officer, Operations; and Victoria Dolan, Chief Financial Officer.

The discussion today might include forward-looking statements that are based on current expectations and are provided pursuant to the Private Securities Litigation Reform Act of 1995. Information on factors that could affect actual results and cause them to differ materially from such forward-looking statements is set forth in the company's SEC filings, including its Q1 2018 Form 10-Q. The company undertakes no obligation to publicly update any forward-looking statements except for the company's ongoing obligations under the U.S. federal securities laws.

Remarks today will include a discussion of certain GAAP and non-GAAP results. Consistent with past reporting practices, non-GAAP results exclude certain non-operating items that are not directly attributable to the company's underlying operating performance. The adjusted measures are defined in the earnings release and are also reconciled in the financial tables at the end of the release.

Please also note that certain amounts provided throughout this call have been rounded. The call today should not be copied or recorded.

And with that, we will turn the call over to Paul Meister. Thank you.

### Paul M. Meister

final

Bloomberg Transcript

| | | |
|---|---|---|
| Company Name: Revlon | Market Cap: 955.66 | Bloomberg Estimates - EPS |
| Company Ticker: REV US | Current PX: 18.10 | Current Quarter: -0.270 |
| Date: 2018-05-10 | YTD Change($): -3.70 | Current Year: -2.120 |
| Event Description: Q1 2018 Earnings Call | YTD Change(%): -16.972 | Bloomberg Estimates - Sales |
| | | Current Quarter: 637.000 |
| | | Current Year: 2636.000 |

Good morning, everyone, and thanks for joining our call. Our discussion today is one of contrasts. Great market response to our new marketing campaigns and products negatively impacted by supply chain issues. As you saw from the release this morning, our financial results for the first quarter were heavily impacted by several non-recurring events, most notably the service-level disruptions following the SAP implementation at our Oxford facility at the beginning of February that we mentioned on our last call.

Although the first quarter financial results are disappointing, we implemented a recovery plan and returned our manufacturing capacity to normal levels by early April. While our net sales continue to be impacted, we are now refilling the inventory pipeline in both our own and our customers' warehouses.

That said, we made significant progress during the quarter on several key initiatives. First, we continue to build organizational capability by hiring a number of key executives to the leadership team including Victoria Dolan, our new CFO, who has joined us today and joined us in March and will be reviewing the numbers shortly. Second, we improved the positioning of our brands, launching three new campaigns on our biggest brands including Revlon Live Boldly, Elizabeth Arden's March On and Almay's Reveal the True You. Third, we continue to expand our presence in market segments and channels of strategic focus including China, travel retail and e-commerce, all of which grew sales in excess of 25% during the quarter. And finally, we continue to focus on head count and cost control measures across the business to ensure we are generating stronger returns on our investment dollars.

And with that brief intro, I'd like to turn it over to Chris.

## Christopher H. Peterson

Good morning and thank you, Paul. I would like to first expand upon the service-level disruptions at the company's Oxford, North Carolina manufacturing facility and provide an update on where we stand in our remediation efforts. In early February, we rolled out SAP for a large part of our North American business to integrate planning, sourcing, manufacturing, distribution and finance. We expect this rollout to provide greater visibility into real-time transactional information that will enable better and faster decision-making, improved customer service efficiency, and better working capital management. However, we experienced issues during the SAP changeover that caused the plant to ramp up capacity slower than anticipated. This resulted in an estimated quarter-over-quarter sales decline on lost shipments of approximately $20 million mostly in North America.

Additionally, we incurred approximately $10 million in incremental charges in our manufacturing facility as a result of these disruptions principally due to reduced overhead absorption stemming from lower than normal production levels. We dedicated significant internal and external resources to resolve these issues and, as of early April, returned the Oxford plant back to normal production capacity. In fact, we are now producing at levels in excess of those pre-SAP.

Moving to other items, we made significant progress on a number of the company's strategic initiatives during the quarter. First, we reset and upgraded wall fixtures for Revlon and Almay across thousands of doors in the U.S., thereby improving our in-store shopping experience. Initial results are encouraging. For example, the first 140 Ulta stores to reset Almay have seen a near 50% sales uplift from the previous level.

We also made significant progress on our digital efforts. We have now built a new internally staffed digital organization spanning from in-house content creation capability to an e-retail dedicated sales force calling on the top e-retailers. Online sales for the quarter increased in excess of 25% from the prior year quarter, driven by dedicated online platforms such as Amazon.com and Tmall.com as well as net sales generated by the company's own internal websites and now represent 5% of the company's global sales.

Turning now to an update on the integration of Elizabeth Arden, for the quarter, we delivered an additional $17 million in synergies which were largely driven by the continued insourcing of Elizabeth Arden production as well as the rollout of our new shared services model and additional real estate co-locations. As a reminder, we are no longer providing forward-looking guidance on the amount of synergies that we expect as part of the integration.

Now, I'd like to turn the call over to Victoria.

Bloomberg

Company Name: Revlon
Company Ticker: REV US
Date: 2018-05-10
Event Description: Q1 2018 Earnings Call

Market Cap: 955.66
Current PX: 18.10
YTD Change($): -3.70
YTD Change(%): -16.972

Bloomberg Estimates - EPS
Current Quarter: -0.270
Current Year: -2.120
Bloomberg Estimates - Sales
Current Quarter: 637.000
Current Year: 2636.000

## Victoria L. Dolan

Good morning and thank you, Chris. Starting with total company results, net sales for the first quarter of 2018 were $561 million, a decline of 6% on an as-reported basis from the prior year quarter. We experienced net sales declines in our Revlon Portfolio and Fragrances businesses, offset by net sales growth for Elizabeth Arden. These declines are attributable to three main factors. First, the disruptions in the Oxford plant caused an estimated $20 million or 3% decline in sales during the quarter mostly in North America. Second, another approximately 3% decline in net sales was attributable to our Fragrances segment caused by the loss of brand licenses and consumption declines in the mass retail channel particularly in North America. Additional declines in net sales were driven by the combination of several factors including efforts to tighten distribution and manage trade inventory of the American Crew and CND brands and consumption declines in regional products particularly in international territories as we've repositioned some of these products, and these remaining declines in sales were partially offset by FX favorability.

Turning to brand support, brand support expenses were slightly up quarter-over-quarter as we continue to aggressively support our brands through campaigns such as Live Boldly for Revlon, March On for Elizabeth Arden, and Reveal the True You for Almay. Next, our general and administrative expenses are higher due to executive management severance charges taken in the current quarter of approximately $4 million and the impact of foreign exchange, partially offset by improved discipline over spending as we continue to focus on cost control.

The as-reported operating loss for the quarter was $62 million compared to an operating loss in the prior year quarter of $43 million. On an adjusted basis, operating loss was $42 million for the quarter compared to $7 million in the prior year period, driven by the decline in net sales coupled with the increase in selling, general and administrative expenses discussed.

As-reported net loss for the quarter was $90 million as compared to our as-reported net loss in the prior year quarter of $37 million. In addition to the other drivers discussed, the higher net loss is attributable to a lower tax benefit driven by the tax act passed in December, partially offset by the favorable impact of foreign currency fluctuations. Finally, adjusted EBITDA was $4 million for the current quarter compared to $32 million in the prior year quarter and, as noted, was negatively impacted mainly by the net sales reduction.

Next, I'd like to discuss our segment results. Please note that we made a change as of January 1 in the way we report our business segments. This change is consistent with our management alignment as a global brand team structure with four global brand teams: Revlon; Elizabeth Arden; our Portfolio brands which include Almay, CND, Mitchum and American Crew among others; and Fragrances. Our external reporting now mirrors these four segments and prior period results have been recast for comparability. In addition, please also note that all corporate level expenses are now allocated to and included within our segment profitability.

Our Revlon segment sales in the first quarter of 2018 were $229 million, which represents a 6% decline on an as-reported basis. This decline was due mainly to the service-level disruptions in Oxford as well as consumption declines in North America in the mass retail channel. Revlon segment profit declined 90% due to lower net sales as well as higher brand support expenses to support our Live Boldly campaign.

For Elizabeth Arden, net sales in the first quarter of 2018 were $106 million, representing a 10% increase on an as-reported basis. This improvement was mainly driven by increased sales of Elizabeth Arden branded skincare products, principally in our travel retail business and in China. Overall, Elizabeth Arden segment profit improved from prior year quarter, driven by the higher net sales and lower cost of sales due to the realization of synergies.

Net sales for our Portfolio segment were $135 million in the first quarter of 2018, a decline of 8% on an as-reported basis. This decline was driven by lower net sales of our American Crew and CND nail products due to efforts to tighten distribution and manage trade inventory as well as lower net sales of Almay color cosmetics. Overall, our portfolio segment profit declined due to the reduction in net sales, slightly offset by lower brand support expenditures.

Company Name: Revlon
Company Ticker: REV US
Date: 2018-05-10
Event Description: Q1 2018 Earnings Call
Market Cap: 955.66
Current PX: 18.10
YTD Change($): -3.70
YTD Change(%): -16.972
Bloomberg Estimates - EPS
Current Quarter: -0.270
Current Year: -2.120
Bloomberg Estimates - Sales
Current Quarter: 637.000
Current Year: 2636.000

Finally, net sales of our Fragrances segment were $91 million in the first quarter of 2018, representing a 16% decrease on an as-reported basis. This decline was driven by a loss of brand licensees and lower net sales of licensed designer fragrances including Juicy Couture in North America and John Varvatos internationally. Lower net sales drove lower quarter-over-quarter segment profitability, but were partially offset by the realization of synergies and cost reduction within cost of sales and SG&A expenditures.

Turning to cash flow and liquidity, free cash flow used in the first quarter of 2018 was approximately $110 million compared to approximately $100 million in the prior year quarter. The decline in free cash flow was primarily driven by the lower net sales during the current year quarter as well as higher interest payments, partially offset by quarter-over-quarter differences in working capital changes.

During the current quarter, we spent $14 million in capital expenditures and $14 million in permanent displays. As of March 31, 2018, the company had drawn approximately $241 million on its revolving credit facility and had $111 million of available liquidity consisting of $56 million of unrestricted cash and cash equivalents and $55 million in available borrowing capacity under the then existing revolving credit facility.

We have also increased our borrowing capacity under our existing credit facilities after March 31. As we communicated in a Form 8-K that we filed with the SEC on April 19, we entered into an amended and restated credit agreement that provides an additional $41.5 million tranche of financing under our amended revolving credit facility. If the changes we made to our credit facility since the end of the first quarter had been in place as of March 31, 2018, we would have increased our borrowing capacity from $55 million to approximately $100 million.

In closing, our financial performance in both net sales and adjusted EBITDA was heavily impacted by the service-level disruptions in our Oxford, North Carolina production facility. We continue to be focused on remediation efforts and are currently operating at capacity so that we can satisfy the continued demand for a wide array of products. We believe in the power of our brand portfolio and are encouraged by the consumers' response to our digital transformation initiatives and new advertising campaign.

Our focus on growing our brands, our obsession with our consumer, efforts to better serve our customers and concentration on growth markets will help us to deliver long-term sustainable growth.

And with that, we will now open the call for questions.

# Q&A

## Operator

Okay. Thank you. [Operator Instructions] And the first question comes from the line of William Reuter from Bank of America Merrill Lynch. Please go ahead.

**<Q - William Michael Reuter>**: Good morning.

**<A - Paul M. Meister>**: Good morning.

**<A - Victoria L. Dolan>**: Good morning.

**<Q - William Michael Reuter>**: So, my first question is on the Almay increase in sales of about 50%, I think, you mentioned. I think you had doubled your shelf space in those stores. Would that imply that the productivity on a, I guess, per square foot basis had declined a little bit? And I guess what's the feedback been from Ulta on the new space?

**<A - Christopher H. Peterson>**: So, on the new space, we did move from a 2-foot set to a 4-foot set. I think both us and Ulta are very encouraged by the initial results. It's still early days. As I mentioned in the prepared remarks, there were 140 stores that we've gotten this sort of pre-post read, but we're planning this reset and we've now completed resets across many more stores across the Almay franchise. So I think initial results are encouraging, and both us and Ulta are excited about what we're seeing so far.

Company Name: Revlon
Company Ticker: REV US
Date: 2018-05-10
Event Description: Q1 2018 Earnings Call

Market Cap: 955.66
Current PX: 18.10
YTD Change($): -3.70
YTD Change(%): -16.972

Bloomberg Estimates - EPS
Current Quarter: -0.270
Current Year: -2.120
Bloomberg Estimates - Sales
Current Quarter: 637.000
Current Year: 2636.000

**<Q - William Michael Reuter>**: That's good to hear. I think Revlon also had some new products that you are resetting, I think, in Ulta and in some other retailers as well. Can you talk about what types of sales changes you've seen there and what the feedback has been from those customers?

**<A - Christopher H. Peterson>**: Sure. So we upgraded the wall fixtures at key retailers in the U.S. including Ulta, Walgreens, CVS, Walmart and Target. And what we move from is a dark display to a backlit display wall set. The initial results that we've seen on that are positive relative to pre and post. However, the sales from that have been heavily impacted from the Oxford disruption because the Oxford disruption which impacted our shipments into the retail trade in the first quarter in February and March particularly were on the Revlon brands in North America.

**<Q - William Michael Reuter>**: Okay. Great. And then just lastly for me. You gave us the impact of the negative absorption from the challenges at the North Carolina facility. Can you talk a little bit about when you were dealing with your customers that may have missed shipments too, what the feedback was, meaning were there any sort of additional payments that you had to make or discounts that you had to give or were there any kind of long-term implications in terms of shelf space?

**<A - Paul M. Meister>**: So I would characterize the impact of Oxford with respect to everything you just raised in the following manner. First of all, we've been extraordinarily transparent and cooperative with all of our customers working on prioritization of shipments to them and communicating with all of them, I'd say, constantly. I would generally characterize the economic impact that you're referring to penalties and things like that has been minimal. I think that's largely as a result of the cooperation that we've seen with them. There has been some discussion about potential minimal shelf space implications on some SKUs, but the jury is still out on that and we're working with everybody. No specific impact has been seen so far.

**<Q - William Michael Reuter>**: Good to hear. Okay. I'll pass to others. Thank you.

## Operator

The next question comes from the line of Grant Jordan from Wells Fargo. Please go ahead.

**<Q - Grant Jordan>**: Good morning. Thanks for taking the questions. I guess my first question is on the liquidity, if you can help us understand maybe how much of the liquidity is elevated due to the ERP and inventory issues and then how you think about liquidity going into the Q2 and Q3 inventory build?

**<A - Christopher H. Peterson>**: Sure. So as we mentioned in the prepared remarks, we did increase the liquidity post March 31 by doing an additional financing that added $41.5 million to the company's liquidity position. The liquidity position at the end of March was somewhat negatively impacted by the reduction in shipments, which reduced the company's accounts receivable balance. As we recover in Oxford and are shipping at more normal levels to customers, that accounts receivable balance is building and the company's liquidity position is improving. So we are very comfortable with the liquidity position for the next 12 months, but we put the financing in place before we knew the recovery status of getting out of the Oxford situation.

**<Q - Grant Jordan>**: Okay. And I think you have capacity for more secured debt in the term loan basket. Has there been any discussions about looking to tap that?

**<A - Christopher H. Peterson>**: I think at the moment, we don't really need that. So we feel comfortable with where we are today.

**<Q - Grant Jordan>**: Okay. On the overhead absorption add back, can you help us just kind of think through how that is – how we should look at that, is that truly a one-time, is that like just due to the $20 million of lower sales volume, like how do we think about that in terms of getting a normalized rate of EBITDA?

**<A - Victoria L. Dolan>**: I think we think about that as a one-time and it was associated with the low asset utilization in the plant and that has come back as we ramp up, so that we should think about that as a one-time event.

| | | |
|---|---|---|
| Company Name: Revlon | Market Cap: 955.66 | Bloomberg Estimates - EPS |
| Company Ticker: REV US | Current PX: 18.10 | Current Quarter: -0.270 |
| Date: 2018-05-10 | YTD Change($): -3.70 | Current Year: -2.120 |
| Event Description: Q1 2018 Earnings Call | YTD Change(%): -16.972 | Bloomberg Estimates - Sales |
| | | Current Quarter: 637.000 |
| | | Current Year: 2636.000 |

**final**

**Bloomberg Transcript**

**<Q - Grant Jordan>**: Okay. And then last question. Can you give us the breakdown of the $20 million sales impact by segment?

**<A - Christopher H. Peterson>**: We haven't broken it out by segment, but most of the impact was in North America and it would have impacted the Revlon segment and the Portfolio segment primarily. There was little to no impact on Elizabeth Arden or Fragrances.

**<Q - Grant Jordan>**: Okay. All right. And then last question, sorry. Which is the Elizabeth Arden licenses roll-off?

**<A - Christopher H. Peterson>**: There were three or four relatively smaller fragrance licenses that were in the prior year period that didn't repeat this year. The largest one was Burberry, the Burberry fragrance license, and then there were a couple of smaller ones.

**<Q - Grant Jordan>**: Okay. Do you expect any more license exits on the Elizabeth Arden side?

**<A - Christopher H. Peterson>**: No. In fact, we've just recently announced that we've gained a license for AllSaints and we're launching a fragrance for AllSaints shortly.

**<Q - Grant Jordan>**: Okay. Great. Thank you very much.

## Operator

The next question comes from the line of Karru Martinson from Jefferies. Please go ahead.

**<Q - Karru Martinson>**: Good morning. In your prepared remarks, you noted that while the plant returned to full production in early April, you had net sales continued to be impacted into the quarter. I just wanted to get a sense of just the magnitude of that lingering impact versus the $20 million that we saw in the first quarter?

**<A - Paul M. Meister>**: I think the short answer is we don't know yet where the retailers are filling. We don't have complete visibility to the retail pipeline. So the question is how much of this is pipeline filling and how much is going through. We don't have a handle on yet, and secondly, the international impact takes a little longer to sort out. So the long-winded way of saying we don't know yet.

**<Q - Karru Martinson>**: Okay. In the last quarter call, you guys showed very strong momentum in kind of building out that online part of your portfolio. Now, you have the internally staffed team. Where are we today on that and kind of how should we think about that over the course of the year?

**<A - Christopher H. Peterson>**: I think we're very encouraged by what we're seeing there. As we mentioned in the prepared remarks, we saw the e-commerce business grow in excess of 25% in the quarter and that's following a growth last year in excess of 30%. Our online business now is 5% of the company's global sales which is a record high, but we think there's a lot more potential, and more important than that or equally as important as that is we've also started to build out influencer marketing capability. We've started to move the company's marketing activities to be more socially – more on social media.

We've had strong results from the new campaigns on Instagram, on YouTube and on Facebook. We're growing our user base. And we are getting much more capable on things like search engine optimization. We are developing digital assets internally inside the company, which is much faster and much less expensive than using outside agencies. And so I think we're excited about the progress that we've made, but there's still more to come.

**<Q - Karru Martinson>**: Okay. And then when we look at your CapEx and display needs for the year, how should we balance that against your liquidity profile or are there areas where we can perhaps stretch out some of those projects or do you feel that the liquidity you have today as it improves is sufficient to fully fund that?

**<A - Paul M. Meister>**: I think the headline which we've tried to convey a couple of times here is we're looking at everything that's not bolted down, so to speak, that we don't need to do. And so, if something can be stretched or something can be eliminated to improve our position and ultimately improve our performance, we'll do it.



Company Name: Revlon
Company Ticker: REV US
Date: 2018-05-10
Event Description: Q1 2018 Earnings Call

Market Cap: 955.66
Current PX: 18.10
YTD Change($): -3.70
YTD Change(%): -16.972

Bloomberg Estimates - EPS
Current Quarter: -0.270
Current Year: -2.120
Bloomberg Estimates - Sales
Current Quarter: 637.000
Current Year: 2636.000

**<Q - Karru Martinson>**: Okay. And just lastly, on the reported data for Almay in the launch, it's been double-digit negative. How do we kind of reconcile what the – those [ph] reports, so I (00:25:31) have been with you guys talking about traction, what category are they missing when they kind of sum all that up?

**<A - Paul M. Meister>**: I would preface and then I'd ask Chris to make a few additional comments. Look, Almay is kind of an interesting situation that we have at the moment. We are, in a sense, re-launching Almay right into the teeth of supply disruptions. So we are sitting here, frankly, trying to dissect not very elegantly how much – where can we see traction identifiably tied to both our repositioning and our product launch and how much is related to supply disruptions. And I would say quite candidly, we've got green shoots on the reintroduction, but I think it's going to take us another quarter or so to definitively say we've got this thing turned because of the two things that are coming together.

**<Q - Karru Martinson>**: All right. Thank you very much, guys. Appreciate it.

## Operator

The next question comes from the line of Hale Holden from Barclays. Please go ahead.

**<Q - Hale Holden>**: Good morning. I was wondering if you could give us some more color on the international markets. In the release, you called out some weakness in Brazil. I think in the script, you talked about some specific markets that were kind of up and down. It's first time we've seen a little bit of a slowdown in growth there. And then I had a follow-up.

**<A - Paul M. Meister>**: I'll give you headlines. I mean, look, we're doing great in the Far East, broadly, spectacularly. You mentioned Brazil. I don't think we mentioned Brazil, and if we did, it was a slip of the tongue. We're really not doing much there, if anything, at the moment. We have seen slowdown in certain European markets that I would characterize as largely specific either to our situation and, to some extent, tangentially related to the supply issues that we've talked about. So broadly speaking, Asia, great; Europe, down a little, although market by market; Latin America is too small to matter.

**<Q - Hale Holden>**: Okay. Thank you. And then on CND and American Crew, we've been talking out to some sort of inventory de-stocking or rightsizing for some time. I was wondering kind of where we were in that process and what the path to stabilization in that segment would be.

**<A - Paul M. Meister>**: Yeah. So we have been talking about this and this is, I think, the fourth quarter that we've been talking about it. And what we've done is we proactively pulled back on shipments into the distributor channel in an effort to improve the diversion and the pricing profile of that. We're very encouraged with the results of that. When we get to next quarter, we will have lapped that pullback. So this is the last quarter that we'll have a year-over-year impact from the proactive pullback on those businesses.

**<Q - Hale Holden>**: Okay. Thank you very much.

## Operator

The next question comes from the line of Carla Casella from JPMorgan. Please go ahead.

**<Q - Carla Casella>**: Hi. The first question is on the inventory. Can you talk about how much of the increased inventory was from the facility issue and the ERP system versus how much of this is pre-build going into the rollout this year?

**<A - Paul M. Meister>**: I would say if you were looking at the quarter, I'll give you a top line answer, and then if it's not enough, we'll have experts answer it. But the headline is at the end of the quarter, we had two big impacts going into inventory build. Number one is the confluence of – if you think about what's going on in particularly the Oxford



Company Name: Revlon

Company Ticker: REV US

Date: 2018-05-10

Event Description: Q1 2018 Earnings Call

Market Cap: 955.66

Current PX: 18.10

YTD Change($): -3.70

YTD Change(%): -16.972

Bloomberg Estimates - EPS

Current Quarter: -0.270

Current Year: -2.120

Bloomberg Estimates - Sales

Current Quarter: 637.000

Current Year: 2636.000

plant, we were not getting things out as fast as we wanted and particularly the inbound raw material. We had the inbound raw materials still coming in because we knew the production was going to turn. That resulted in an inventory build. The second thing that happens – and this is a year-over-year impact – is we insourced some of the Arden fragrances, and so that has a natural and predictable inventory build. I would expect and in fact we've got lots of initiatives in the company at the moment to make sure that as we improve production out of Oxford that those inventory levels will come down.

**<Q - Carla Casella>**: Okay. So, that [ph] really (00:30:08) happens over the next quarter or does that take two or three quarters?

**<A - Paul M. Meister>**: I would say based on what I alluded to earlier, it will certainly start in the next quarter. How many quarters that goes on, I can't answer.

**<Q - Carla Casella>**: Okay. And the higher inventory in the quarter, that would have also helped your borrowing base or was it inventory that was not – was it a type of inventory that was not included in the borrowing base?

**<A - Christopher H. Peterson>**: It was not largely the type of inventory that has high advance rates because, as Paul mentioned, it's lower level inventory and lower level inventory have very low advance rates. So as we convert that lower level inventory into finished goods that also will improve the borrowing base going forward. So we had really two negative impacts on the borrowing base in the first quarter. One was the lack of conversion to finished goods and the build of lower level inventory. And the second was the drop in accounts receivable. Both of those are improving as we speak and have improved since the end of the first quarter.

**<Q - Carla Casella>**: Okay. Great. That's very helpful. And then on the – one more on the facility, is the way to look at the EBITDA impact just the $10 million adjustment you made or is there some other impact that you haven't added back to EBITDA the impact of that facility, I guess, issue?

**<A - Christopher H. Peterson>**: Well, I think the sales impact and the gross margin impact from that sales impact also was something that we believe is directly related to the SAP conversion.

**<Q - Carla Casella>**: Okay.

**<A - Victoria L. Dolan>**: And the $10 million is in our regular EBITDA – I mean the sales impact is in EBITDA, the $10 million cost is below the line, right, as non-recurring.

**<Q - Carla Casella>**: Okay. Gross margin was actually a little better than we had expected. And I'm just wondering if there're any key call-outs or drivers for it. Was it a mix or was it less fragrance markdown post holiday, anything key in that number?

**<A - Victoria L. Dolan>**: Well, let me take you through that. So, on an as-adjusted basis, our gross margin is up 60 basis points. And so there was additional inventory cost in the first quarter of 2017 related to the increase in fair value of inventory for Elizabeth Arden, which does not cycle this year, so we get a 70 basis point advantage for that. We had some favorable foreign exchange fluctuations which also increased gross margin by about 60 basis points and we are seeing the benefits of continued supply chain synergies which was about 30 basis points, and offsetting that we had some higher inventory obsolescence reserves for about 20 basis points. When we look at then the impact of Oxford to get back to an as-reported basis, there were those additional impacts of cost that we just talked about which was about 40 basis points.

**<Q - Carla Casella>**: Great. It's really helpful. Have you ever given a sense for how big Ulta is as a percentage of your total? Is it in your top five customers?

**<A - Christopher H. Peterson>**: No, we don't disclose customer-specific detail.

**<Q - Carla Casella>**: Okay. And then in terms of that rollout at Ulta, you mentioned you've got 140 doors that you can now comp. Where are you in terms of when – will that rollout be completed pre-holiday? And how many more doors do you have to add at this point?



| | | |
|---|---|---|
| Company Name: Revlon | Market Cap: 955.66 | Bloomberg Estimates - EPS |
| Company Ticker: REV US | Current PX: 18.10 | Current Quarter: -0.270 |
| Date: 2018-05-10 | YTD Change($): -3.70 | Current Year: -2.120 |
| Event Description: Q1 2018 Earnings Call | YTD Change(%): -16.972 | Bloomberg Estimates - Sales |
| | | Current Quarter: 637.000 |
| | | Current Year: 2636.000 |

**\<A - Christopher H. Peterson\>**: So the rollout was completed at the end of April. So we basically did the reset starting in January and finished them at the end of April. So they were partial impact in the first quarter, but we've now completed the upgrade for the Revlon doors and the Ulta doors and the Almay doors across the retailers we've talked about. So those upgrades have now been completed, as we sit here today.

**\<Q - Carla Casella\>**: Okay. And then just given you've moved around the way you report, are there any brands that you would consider noncore? I'm thinking maybe it's in that Portfolio segment or brands that you would consider exiting to help give you more to invest in the brands that you would like to invest behind.

**\<A - Paul M. Meister\>**: There's a tale of very small brands, which we've looked at and we'll continue to look at as to whether it makes sense to invest in or divest. But I think the short answer with respect to the brands we've talked about today or mentioned specifically, the answer is no.

**\<Q - Carla Casella\>**: Okay. And then is it just bad luck that you were doing the facility transition at the same time as doing the Almay and restated Ulta? Or was there a timing issue where you're expected to do the rollout sooner and the facility later or just bad luck?

**\<A - Paul M. Meister\>**: Well, I think the honesty answer is we did not expect to have the issues on the facility that we get. So, in hindsight, the phasing looks a little off, but the reality is we were expecting to execute flawlessly on the SAP situation at Oxford.

**\<Q - Carla Casella\>**: Okay. And one last one. Do you have the ability to buy bonds back in the open market under your credit agreement?

**\<A - Paul M. Meister\>**: Yes. So the company could – I think has the ability to do that, but the company hasn't done that to-date.

**\<Q - Carla Casella\>**: Okay. Great. Thank you.

## Operator

The next question comes from the line of [ph] Tom Redinoff from CORE Partners (00:35:53). Please go ahead.

**\<Q\>**: Hey. Good morning, guys, and thank you for taking my questions. I appreciate it. I just wanted to go back to one of Carla's questions and I just want to make sure I understand the EBITDA math. So if I take the $4 million number that you reported and I add back the $4 million in severance, which I don't think was added back, would it be fair to then take up $8 million number? And I think someone mentioned that effectively sort of the gross profit impact from the $20 million in lost sales was not added back. So just directionally if I assume like a 40%, 50% gross margin, that $20 million – then that really gets me closer to more like an $18 million EBITDA number for the quarter. Would that be a fair way of thinking about what happened in the quarter?

**\<A - Christopher H. Peterson\>**: Yeah. I think that's a fair way except that the gross margin that I would use on that would be higher, probably 60% or something like that on the $20 million sales.

**\<Q\>**: Got it. Okay. That's very helpful. Appreciate that. And then Nielsen over the past three, four, five weeks, we've been basically seeing what I would characterize as meaningful improvement in some of your numbers. Just curious if you guys are seeing that sort of same trend in your internal numbers as well or if this is not necessarily reflective of what's happening in the business?

**\<A - Paul M. Meister\>**: No. I think we were trying to allude to that in my opening comment about sort of we've got a lot of good news going on in this company at the moment. And yet at the same time, we are hiding a certain amount of it through what we're doing in – what we were doing, I should say, in Oxford.

**\<Q\>**: Got it. Okay. And then two quick questions as well. One is on the pipeline, I guess, for the rest of the year. I mean, typically, when we see companies in your space launch products, it tends to happen at the beginning of the year



Company Name: Revlon
Company Ticker: REV US
Date: 2018-05-10
Event Description: Q1 2018 Earnings Call

Market Cap: 955.66
Current PX: 18.10
YTD Change($): -3.70
YTD Change(%): -16.972

Bloomberg Estimates - EPS
Current Quarter: -0.270
Current Year: -2.120
Bloomberg Estimates - Sales
Current Quarter: 637.000
Current Year: 2636.000

when the major resets take place and that happened with Almay, didn't really happen with Revlon. There's been sort of a few products here and there, but really nothing meaningful. And I feel like you've talked about innovation in the past and what you're doing in the background. Do you expect to see sort of any meaningful changes to your portfolio in terms of products for the Revlon brand specifically later this year and particular when the second reset happens in the summer or is this more of a 2019 initiative?

<A - Paul M. Meister>: The short answer to your question is yes, we've got a fair amount of back half innovation coming out and obviously 2019 quite a bit more. So, innovation doesn't certainly historically happen overnight, but, yes, we're expecting great things in the back half.

<Q>: Got it. And last question on the professional business. I think you talked about how in the second quarter of this year we're going to start lapping some of the difficult compares from last year, but I don't think you really talked about whether that means that just optically the numbers are going to look better because of that sort of easier compare or if you're actually going to pull back on that sort of proactive reduction in distributions. I'm just kind of trying to understand the timing there.

And also it's a big picture when I think about your professional business. Your competitors have been reporting relatively decent numbers, and I think that's on the back of especially OPI launching a bunch of products, and I think there's been sort of a few [ph] Wella (00:39:16) products as well that have been launched. And so it seems like there's been a lot going on from an innovation standpoint of view from the competition that's been driving numbers there. We really haven't seen too much on the professional side from you guys. How do you think about again sort of the compares going into the second quarter, but also innovation from a longer term perspective?

<A - Paul M. Meister>: So, two headline answers. Number one, I think the commentary we made earlier was merely to point out that the year-over-year comparables next quarter will be clean, i.e., you'll be able to see what's going on in the business without us talking about sort of additional impacts, point number one. Point number two, we have a fair – much like I said about Revlon, we got a fair amount of innovation coming in the second half in pro also.

<A - Christopher H. Peterson>: And on CND specifically, we're launching a major innovation this summer so – to upgrade that business. So you'll see that come out from us that we think is an exciting innovation.

<Q>: Got it. Okay. Thank you very much. Look forward to also seeing all of these changes. Appreciate it.

## Operator

The next question comes from the line of Mary Gilbert from Imperial Capital. Please go ahead.

<Q - Mary Ross Gilbert>: Yes. Thank you. I wondered if you could talk about Fragrance, what's going on there. There are some lack of new product launches for example with Juicy Couture and then also with John Varvatos because those are both very big. Well, I think Juicy is the largest right. So, wondered if you could talk about that.

<A - Paul M. Meister>: So I'd say three things going on, again headlines in Fragrance. One is, as Chris and Victoria mentioned, we did have some licenses that lapsed, point number one. Point number two, we do have some very significant back half innovation coming in Fragrance also actually. I think the Fragrance business has got some of the biggest launches coming including some incremental product positioning, if that's the right phrase, in Juicy. And then point number three, we are in the market looking at incremental license adds, as Chris alluded to earlier. So, I at least look at the Fragrance business as one where it's sort of – the lapsing effect of some things that, in theory, should have been done a year ago or a year like – or a half year ago or something, that's life. But I think I'm very optimistic about where that business is going.

<Q - Mary Ross Gilbert>: Okay. Great. And then also on John Varvatos too?

<A - Paul M. Meister>: Yes.



| Company Name: Revlon | Market Cap: 955.66 | Bloomberg Estimates - EPS |
| Company Ticker: REV US | Current PX: 18.10 | Current Quarter: -0.270 |
| Date: 2018-05-10 | YTD Change($): -3.70 | Current Year: -2.120 |
| Event Description: Q1 2018 Earnings Call | YTD Change(%): -16.972 | Bloomberg Estimates - Sales |
| | | Current Quarter: 637.000 |
| | | Current Year: 2636.000 |

**final**

**Bloomberg Transcript**

**\<Q - Mary Ross Gilbert\>**: Okay. And then ColorSilk, is that where we're going to see some innovation to bring that back?

**\<A - Christopher H. Peterson\>**: Yeah. So, ColorSilk was also impacted by the Oxford plant situation in the first quarter because we make ColorSilk product in the Oxford facility. And so as the plant has now recovered to production levels, we expect that to have a positive impact on that business.

**\<Q - Mary Ross Gilbert\>**: Okay. And then finally, I had a question on the efforts that you're doing digitally. So I noticed that with some of the major retailers in the mass channel, that the websites for Revlon don't incorporate the new Live Boldly campaign. And so I wondered when we're going to see that effect in there. And so...

**\<A - Paul M. Meister\>**: Soon.

**\<Q - Mary Ross Gilbert\>**: Okay.

**\<A - Paul M. Meister\>**: No. I know one word answers are unusual on these things, but soon. We're on it.

**\<Q - Mary Ross Gilbert\>**: Okay. All right. And then finally, you talked about Europe, some weakness there. Part of it is due to the ERP disruption. But I also wondered if there's any distribution issues? I just noticed when I was overseas that in some of the rural markets that there wasn't the Revlon presence in booths and that it had exited booths about three years ago is what I was told in those outlying market. I think it's still in London [indiscernible] (00:43:33)?

**\<A - Paul M. Meister\>**: That's not right. We're in booths. And I don't know when you were there, but I suspect that was supply chain issues.

**\<Q - Mary Ross Gilbert\>**: Okay. All right. Thank you very much.

## Operator

The next question comes from the line of Steph Wissink from Jefferies. Please go ahead.

**\<Q - Stephanie Wissink\>**: Thanks. Good morning, everyone. We have three really quick ones as well. I wanted to just follow up on the ERP conversion at Oxford and if you could just remind us where you are in the rollout of ERP more broadly across your network. And that's question number one. And then question number two is on the e-commerce strength. I'm curious if you're seeing any differences by region of the world. I think you mentioned it's about 5% of your global sales, but if there are any distinctions by major region of the world? Thank you.

**\<A - Christopher H. Peterson\>**: Sure. From a ERP system, the North America implementation that we went through that we talked about at the beginning of February was the last major ERP implementation in our current planning cycle. We now have SAP implemented in about 22 countries on the Revlon legacy side of the business. In the Elizabeth Arden business is a JD Edwards ERP system that is implemented in the vast majority of the countries for Elizabeth Arden, so there with this implementation, we believe that we've gotten to a relatively upgraded ERP system in most of the markets around the world. So there's not a plan for future implementations at this point.

On the digital side and e-commerce side, I do think that it's different by market. The place where we are the most advanced is China. If you look at our business in China that we've gotten from Elizabeth Arden, that business we do about 80% of our business there online through Tmall, JD and other third-party retail sites. And that business is growing very rapidly. And in the U.S., we're making strong progress as we mentioned. I think some of the other markets are a little bit slower in terms of adoption for a variety of reasons, but I would put China and the U.S. in the lead relative to what we're seeing.

**\<Q - Stephanie Wissink\>**: Thank you. Just one follow-up on the U.S. A number of your large prestige partners have withheld engaging in some of the online activities of the online-only retailers. I'm just curious your thoughts and philosophy around launching your higher end prestige and luxury fragrance and beauty portfolio online on an Amazon or online-only distributor.



Company Name: Revlon
Company Ticker: REV US
Date: 2018-05-10
Event Description: Q1 2018 Earnings Call

Market Cap: 955.66
Current PX: 18.10
YTD Change($): -3.70
YTD Change(%): -16.972

Bloomberg Estimates - EPS
Current Quarter: -0.270
Current Year: -2.120
Bloomberg Estimates - Sales
Current Quarter: 637.000
Current Year: 2636.000

**<A - Paul M. Meister>**: Look, I think as a broad statement without getting into the details of our strategy, online at the risk of being a complete wise guy here to stay, and we've got to play in as many ways that we can do so and do so profitably.

**<Q - Stephanie Wissink>**: Okay. Fair enough. Thank you.

## Operator

Okay. We have time for one more question. And this comes from the line of Jenna Giannelli from Citigroup. Please go ahead.

**<Q - Jenna L. Giannelli>**: Hi, there. Thanks for taking the question. I think I got dropped from the call earlier. So, a lot of mine have already been answered, but I do still have a few. We've heard a lot of CPG companies this quarter just talk generally about inflationary costs, so whether freight distribution, wages. But I just didn't hear much mention of that in your prepared remarks. Can you just speak to this a little bit and how might these have been an impact to the EBITDA and EBITDA margin in the quarter?

**<A - Paul M. Meister>**: I think the short answer is we didn't see a lot in the numbers. As a general matter, at a macro level, I think it's out there and we should all be thinking about it. So I'm [ph] not unmindful (00:47:32) of the pressures, but nothing meaningful in the numbers.

**<Q - Jenna L. Giannelli>**: Okay. That's great. And then I believe that you took up your restructuring guidance. In the K, I think you gave the total number, but can you just tell us how much of that we'll expect to flow through in 2018, so basically the cash restructuring charges we should expect to model for this year?

**<A - Christopher H. Peterson>**: Yeah. I think we've provided the update to our disclosure in our Q, which we're filing today. So I would refer you to the Q and I think that's the level of forward guidance that we're going to give.

**<Q - Jenna L. Giannelli>**: Okay. Okay. And then can you just on – I know you said about Amazon is growing significantly where a 5% penetration now. Have you talked at all about the economics of what that relationship looks like versus some of your other customers?

**<A - Christopher H. Peterson>**: No. We don't disclose customer-specific profitability. Yeah.

**<Q - Jenna L. Giannelli>**: Okay. Okay. Fair enough. And then just finally, I think you guys had called out the CapEx and display spend will be about flat year-over-year obviously with some ability to push out the timing of some of those projects necessary. But can you just talk about the allocation of the CapEx and where you see those dollars going and how that might be similar or different to last year?

**<A - Christopher H. Peterson>**: So I think on CapEx, we still are spending a fair amount of CapEx on the integration plan with Elizabeth Arden. So there is still some amount of CapEx associated with the insourcing work, and there is still some CapEx associated with co-location of facilities and that type of thing. The balance of the CapEx is really focused on the digital transformation, ongoing maintenance and other types of items, so that really is what the CapEx. The permanent display spending is at an elevated level as we redo the walls and invest behind the upgraded walls on Revlon and Almay across thousands of stores in the U.S. market and so you'll see that, but that's included in the guidance that we've given.

**<Q - Jenna L. Giannelli>**: Okay. Great. Thanks so much.

## Operator

So, ladies and gentlemen, this does conclude the conference call for today. Thank you for your participation and you may now disconnect your lines. Thank you.

Case 1:19-cv-02859-RPK-RER    Document 33-5    Filed 02/07/20    Page 14 of 14 PageID #: 490

Company Name: Revlon

Company Ticker: REV US

Date: 2018-05-10

Event Description: Q1 2018 Earnings Call

Market Cap: 955.66

Current PX: 18.10

YTD Change($): -3.70

YTD Change(%): -16.972

Bloomberg Estimates - EPS

Current Quarter: -0.270

Current Year: -2.120

Bloomberg Estimates - Sales

Current Quarter: 637.000

Current Year: 2636.000

## Paul M. Meister

Thanks very much.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

Bloomberg