## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

February 7, 2020

Via ECF

The Honorable Rachel P. Kovner,
    United States District Judge,
        Eastern District of New York,
            225 Cadman Plaza East,
                Brooklyn, New York  11201.

Re:    *Lachman* v. *Revlon, Inc*., No. 19-cv-2859 (E.D.N.Y.)

Dear Judge Kovner:

I write on behalf of defendants Revlon, Inc., Paul Meister, Debra Perelman, Victoria Dolan, Wendel F. Kralovich, Siobhan Anderson, Juan R. Figuereo, and Christopher H. Peterson (together, "Defendants") in the above-captioned action, which was reassigned to Your Honor on February 6, 2020 from the Honorable Allyne R. Ross.

In accordance with the scheduling order in this case (ECF No. 15) and Judge Ross' Individual Practices and Rules, on January 10, 2020, Defendants served their motion to dismiss on Plaintiffs but did not file their motion papers on the docket. However, in light of the reassignment to Your Honor and Rule IV.B.3 of Your Honor's Individual Practice Rules, Defendants filed their moving papers on the docket earlier today.

In addition, per Judge Ross' Individual Practices and Rules, Defendants intended to request oral argument by letter once the motion had been fully briefed, and so Defendants' opening motion papers do not include a request for oral argument on the cover as required under Your Honor's Individual Practice Rule IV.E. Accordingly, Defendants now respectfully request oral argument on their motion.

Respectfully submitted,

/s/ Sharon L. Nelles
Sharon L. Nelles

cc:    Counsel of Record (via ECF)