**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THEODORE LACHMAN, individually and on behalf of all others similarly situated, | ) ) ) **Case No.** 19-cv-02859 (RPK) |
| *Plaintiff,* | ) ) ) |
| vs. | ) **DECLARATION OF PHILIP KIM** ) |
| REVLON, INC., PAUL MEISTER, DEBRA PERELMAN, VICTORIA DOLAN, WENDEL F. KRALOVICH, SIOBHAN ANDERSON, FABIAN T. GARCIA, JUAN R. FIGUEREO AND CHRISTOPHER H. PETERSON, | ) ) ) ) ) ) ) |
| *Defendants.* | ) ) |

I, Phillip Kim, an attorney duly licensed to practice law before the United States District Court for the Eastern District of New York, hereby declare:

1. I am a member of the Rosen Law Firm, which represents Plaintiffs in this action. I make this declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct excerpted copy of Affinia Group Intermediate Holdings Inc.'s Form 10-K, filed with the SEC on March 17, 2015.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 10, 2020

/s/ Phillip Kim
Phillip Kim