# EXHIBIT 1

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 10-K

**Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2014**

**Commission No. 333-128166-10**

# Affinia Group Intermediate Holdings Inc.

**(Exact name of registrant as specified in its charter)**

**Delaware**
**(State or other jurisdiction of**
**incorporation or organization)**

**I.R.S. Employer Identification Number: 34-2022081**

**1 Wix Way**
**Gastonia, North Carolina 28054**
**(704) 869-3300**

**Securities registered pursuant to Section 12(b) of the Act: None**

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Exchange Act.   Yes ☒   No ☐

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☐   No ☒

(Note: As a voluntary filer not subject to the filing requirements of Section 13 or 15(d) of the Exchange Act, the registrant has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant would have been required to file such reports) as if it were subject to such filing requirements).

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer. See the definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act:

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated Filer | ☐ |
| Non-accelerated filer | ☒ (Do not check if a smaller reporting company) | Smaller Reporting Company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Table of Contents

*The mix of profits and losses in various jurisdictions may have an impact on the Company's overall tax rate, which in turn, may materially and adversely affect its profitability.*

Tax expenses and benefits are determined separately for each of the Company's taxpaying entities or groups of entities that is consolidated for tax purposes in each jurisdiction. Losses in such jurisdictions may provide no current financial statement tax benefit. As a result, changes in the mix of projected profits and losses between jurisdictions, among other factors, could have a significant impact on the Company's overall effective tax rate.

*The value of the Company's deferred tax assets could become impaired, which could materially and adversely affect the Company's operating results.*

As of December 31, 2014, the Company had $117 million in net deferred tax assets. These deferred tax assets include net operating loss carryforwards that can be used to offset taxable income in future periods and reduce income taxes payable in those future periods. The Company periodically determines the probability of the realization of deferred tax assets, using significant judgments and estimates with respect to, among other things, historical operating results, expectations of future earnings and tax planning strategies. If the Company determines in the future that there is not sufficient positive evidence to support the valuation of these assets, due to the factors described above or other factors, the Company may be required to further adjust the valuation allowance to reduce the Company's deferred tax assets. Such a reduction could result in material non-cash expenses in the period in which the valuation allowance is adjusted and could have a material and adverse effect on the Company's results of operations.

The Company's ability to utilize its net operating loss carryforwards may be limited and delayed. As of December 31, 2014, the Company had U.S. net operating loss carryforwards of $304 million. Certain provisions of the Internal Revenue Code of 1986, as amended could limit the Company's annual utilization of the net operating loss carryforwards. There can be no assurance that the Company will be able to utilize all of its net operating loss carryforwards and any subsequent net operating loss carryforwards in the future.

*The Company must successfully maintain and/or upgrade its information technology systems.*

The Company relies on various information technology systems to manage its operations. The Company is currently implementing modifications and upgrades to its systems, including making changes to legacy systems, replacing legacy systems with successor systems with new functionality and acquiring new systems with new functionality. These types of activities subject the Company to inherent costs and risks associated with replacing and changing these systems, including impairment of its ability to fulfill customer orders, potential disruption of the Company's internal control structure, substantial capital expenditures, additional administration and operating expenses, retention of sufficiently skilled personnel to implement and operate the new systems, demands on management time, and other risks and costs of delays or difficulties in transitioning to new systems or of integrating new systems into the Company's current systems. The Company's system implementations may not result in productivity improvements at a level that outweighs the costs of implementation, or at all. In addition, if not anticipated and appropriately mitigated, the implementation of new technology systems may cause disruptions in the Company's business operations and have an adverse effect on the Company's business and operations.

*The Company's international operations are subject to political and economic risks of developing countries and special risks associated with doing business in corrupting environments.*

The Company designs, manufactures, distributes and markets a broad range of aftermarket products in various regions, some of which are less developed, have less stability in legal systems and financial markets and are generally recognized as potentially more corrupt business environments than the United States, and therefore present greater political, economic and operational risks. The Company has in place certain policies, procedures and certain ongoing training of employees with regard to business ethics and many key legal requirements, such as applicable anti-corruption laws, including the U.S. Foreign Corrupt Practices Act (the "FCPA"), which make it illegal for the Company to give anything of value to foreign officials in order to obtain or retain any business or other advantages; however, there can be no assurance that the Company's employees will adhere to the Company's code of business conduct and ethics or any other of the Company's policies, applicable anti-corruption laws, including the FCPA, or other legal requirements. If the Company fails to enforce its policies and procedures properly or fail to maintain adequate record-keeping and internal accounting practices to accurately record the Company's transactions, the Company may be subject to regulatory sanctions. In the event that the Company believes or has reason to believe that its employees have or may have violated applicable anti-corruption laws, including the FCPA, or other laws or regulations, the Company is required to investigate or have outside counsel investigate the relevant facts and circumstances, and if violations are found or suspected the Company could face civil and criminal penalties, and significant costs for investigations, litigation, fees, settlements and judgments, which in turn could have a material and adverse effect on the Company's business.

**Risks Relating to The Company's Indebtedness**

*The Company's substantial leverage could harm its business by limiting the Company's available cash and its access to additional capital and, to the extent of the Company's variable rate indebtedness, exposing the Company to interest rate risk.*

17