UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THEODORE LACHMAN, individually and on
behalf of all others similarly situated,

                                JUDGMENT
            Plaintiff,               19-cv-2859 (RPK) (RER)

    v.

REVLON, INC., PAUL MEISTER, DEBRA PERELMAN,
VICTORIA DOLAN, WENDEL F. KRALOVICH, SIOBHAN
ANDERSON, FABIAN T. GARCIA, JUAN R. FIGUEREO,
and CHRISTOPHER H. PETERSON,

            Defendants.
------------------------------------------------------------X

      A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on September 17, 2020, granting defendants' motion to dismiss; directing plaintiff leave to file a motion if they wished to file a second amended complaint within 21 days of this Order; dismissing plaintiff's claims without prejudice; and an Order having been filed on October 13, 2020, dismissing this case; it is

      ORDERED and ADJUDGED that defendants' motion to dismiss is granted; and that this case is dismissed.

Dated: Brooklyn, New York                             Douglas C. Palmer
       October 14, 2020                                    Clerk of Court

                                                           By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk